UNITED STATES COURT OF INTERNATIONAL TRADE           FORM  1

| LUTRON ELECTRONICS CO., INC. |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

**Court No.** 22-00264

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2401 | Center (if known): | CEE07 |
| --- | --- | --- | --- |
| Protest Number: | 2401-22-100050 | Date Protest Filed: | 08/12/2022 |
| Importer: | LUTRON ELECTRONICS CO., INC. | Date Protest Denied: | 09/02/2022 |
| Category of Merchandise: | machines | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| 23160469413 | 04/07/2022 | 06/10/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
jkenner@strtrade.com/ 212-549-0137

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | 3925.30.1000<br>6303.92.2030<br>9903.88.15 | 3.3%<br>11.3%<br>7.5% | 8479.89.95 and/or<br>8479.90.95 | 2.5%<br>Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Protest filed pursuant to 19 U.S.C. 1514 to contest the classification and rate of duty assessed on the subject merchandise by CBP at liquidation.

The issue which was common to all such denied protests:

Whether Customs erred in its classification and in the rate of duty assessed on the subject merchandise.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

09/13/2022
_____
*Date*