UNITED STATES COURT OF INTERNATIONAL TRADE

| | : | |
|---|---|---|
| LUTRON ELECTRONICS CO., INC., | : | |
| | : | |
| Plaintiff, | : | Before: Richard K. Eaton, Judge |
| | : | |
| v. | : | Court No. 22-00264 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the court are Plaintiff's motion to compel the production of information and documents and Defendant's response in opposition to the motion. *See* Pl.'s Mot. Compel, ECF No. 22; Def.'s Resp., ECF No. 29. Following the teleconference held on January 25, 2024, and upon consideration of the parties' papers and the proceedings had herein, it is hereby

**ORDERED** that the last known addresses of Patricia O'Donell and John Hanson, former National Import Specialists of U.S. Customs and Border Protection ("Customs"), shall be released to the U.S. Department of Justice attorney(s) that are representing Customs in this matter. This information will be used to make good faith efforts to contact Patricia O'Donell and John Hanson for the purpose of asking each to agree to appear for deposition by Plaintiff. Should Defendant fail in its efforts to obtain agreement from Patricia O'Donell and John Hanson to appear voluntarily, it shall alert the court and submit an affidavit detailing the efforts made; it is further

**ORDERED** that the parties shall endeavor to resolve their dispute regarding the 61 redacted documents listed in the privilege log. To that end, the parties will enter into negotiations regarding whether, and to what extent, the deliberative process privilege may apply to the

information contained in each of the 61 redacted documents, and whether any further disclosures should be made; and it is further

**ORDERED** that the parties shall confer and jointly submit to the court a report on the status of their negotiations, and the other actions directed to be taken in this Order, by Thursday, February 22, 2024.

/s/ Richard K. Eaton
Judge

Dated: January 26, 2024
New York, New York