UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: RICHARD K. EATON, JUDGE

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., | )<br>)<br>) |
| Plaintiff, | ) Court No. 22-00264<br>) |
| v. | )<br>) |
| UNITED STATES, | )<br>) |
| Defendant. | )<br>) |

**ORDER**

Upon consideration of plaintiff's consent motion to Amend the Scheduling Order and upon all other papers and proceedings had herein it is hereby

ORDERED that defendant's consent motion is granted; and it is further

ORDERED that the annexed Scheduling Order is hereby entered.

_____
Richard K. Eaton, Judge

Dated: This \_\_\_ day of \_\_\_\_\_, 2024
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: RICHARD K. EATON, JUDGE

_____
LUTRON ELECTRONICS CO., INC.,              )
                                            )
                                            )
                 Plaintiff,                 )      Court No. 22-00264
                                            )
         v.                                 )
                                            )
UNITED STATES,                              )
                                            )
                 Defendant.                 )
_____    )

## PROPOSED AMENDED SCHEDULING ORDER

Upon consideration of defendant's consent motion to amend the schedule, and pursuant to USCIT Rules 1 and 16 it is hereby ORDERED that the parties adhere to the following:

1. All fact discovery shall be completed on or before, August 9, 2024;

2. Expert reports under USCIT Rule 26(a)(2), if any, shall be exchanged on or before October 2, 2024;

3. Expert rebuttal reports, if any, shall be exchanged on or before November 13, 2024;

4. Expert depositions, if any, to be completed on or before December 23, 2024;

5. Any motions regarding the sufficiency of discovery shall be filed no later than thirty (30) days after the close of discovery;

6. Dispositive motions, if any, shall be filed on or before February 5, 2025. A brief in response to a dispositive motion may include a dispositive cross-motion;

7. If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before February

19, 2025; and it is further

ORDERED that the Court will establish dates for a pretrial conference and the commencement of a trial after the filing of a request for trial, if any.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

                                                                      _____
                                                                      Richard K. Eaton, Judge

DATED: New York, New York
          This ____ day of _____, 2024

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: RICHARD K. EATON, JUDGE

_____

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC., | ) |
| | ) |
| Plaintiff, | ) Court No. 22-00264 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff, Lutron Electronics Co., Inc. (Lutron), pursuant to Rules 1, 6 and 7(b) of the Rules of the United States Court of International Trade, hereby moves this Court to extend the deadline for fact discovery by 120 days to August 9, 2024, and to extend all remaining dates in the current scheduling order by a commensurate amount of time as set forth in the annexed proposed amended scheduling order. The current deadline for fact discovery is April 9, 2024. This is the third request to modify the deadline for fact discovery and amend the scheduling order.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A); *see also* USCIT Rule 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule. *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods.*

*Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (explaining diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)). As discussed below, there is good cause for the instant motion.

The parties are actively engaged in fact discovery. Both parties have served and responded to interrogatories and document requests. Further, the Government is in the process of preparing a revised response to one of Lutron's interrogatory requests for service. In addition, on February 6, 2024, Lutron opened its Global experience Center in New York for Government Counsel to view working samples of the machines at issue. Lutron has also served fact and a designated agent deposition notices upon the Government. The parties are in the process of negotiating mutually convenient dates for these depositions.

In addition, on October 13, 2023, Lutron filed a motion to compel seeking documents and the last known addresses of former Government witnesses with relevant information in this matter. As a result of Lutron's motion, the Government agreed to accept service of deposition subpoenas on behalf of two former CBP employees. On March 15, 2024, Lutron served the subpoenas, and the parties are working on mutually convenient dates to conduct the depositions of the former employees.

Accordingly, we respectfully request that the date for fact discovery be extended and that all remaining dates also be extended by approximately 120 days.

On April 4, 2024, Marcella Powell, counsel for defendant, indicated that on behalf of the defendant she consents to the relief requested in this motion.

**WHEREFORE**, plaintiff requests that its consent motion be granted in all respects.

Respectfully submitted,

**SANDLER, TRAVIS & ROSENBERG, P.A.**
*Attorneys for Plaintiff*
675 Third Avenue, Suite 1805-06
New York, New York 10017
Telephone: (212) 549-0137

By:  /s/ Jason M. Kenner
     JASON M. KENNER

Dated: April 5, 2024