UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: RICHARD K. EATON, JUDGE

_____
LUTRON ELECTRONICS CO., INC.,      )
                )
                )
         Plaintiff,    )        Court No.  22-00264
                )
      v.            )
                )
UNITED STATES,           )
                )
         Defendant.   )
_____)

## <u>ORDER</u>

Upon consideration of plaintiff's consent motion to withdraw its motion to compel (ECF

Docket No. 22) and upon all other papers and proceedings had herein it is hereby

ORDERED that plaintiff's consent motion is granted; and it is further

ORDERED that the plaintiff's motion to compel (ECF Docket No. 22) is hereby

withdrawn.


                               _____
                               Richard K. Eaton, Judge



Dated: This ___ day of _____, 2024
       New York, New York

BEFORE: HON. RICHARD K. EATON, SENIOR JUDGE

_____
| | |
| LUTRON ELECTRONICS CO., INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) | Court No. 22-00264 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
|_____ | ) |

## CONSENT MOTION TO WITHDRAW

In response to the Court's Order entered on March 26, 2024 (March Order) plaintiff Lutron Electronics Co., Inc. (Lutron) respectfully submits this motion to withdraw its motion to compel.

On October 13, 2024, Lutron filed its motion to compel the production of the last known addresses of former CBP individuals relevant to this matter and the production and/or in camera inspection of documents the Government redacted asserting the deliberative process privilege. After a conference on the motion to compel, on January 26, 2024, the Court requested that (January Order) CBP provide the last known addresses of two individuals to the Department of Justice. Per counsel for the Government, the individuals agreed to voluntarily appear for depositions and the parties are coordinating mutually convenient dates for the depositions. In the January Order the court also requested that the parties continue to try and resolve their dispute concerning the redacted documents. Per the Court's order, the parties conferred in an

attempt to resolve the remaining issues.  The parties were ultimately not able to work out the dispute and informed the Court as such.

Thereafter, in its March Order, the Court invited supplemental briefing on Lutron's Motion to Compel (ECF Docket No. 22) as it related to the redacted documents.  While Lutron believes in the merits of its position, in consideration of the Court's March Order and out of a desire to move this matter forward expeditiously, Lutron will not seek further relief from its motion to compel and hereby requests to withdraw its motion.

On April 8, 2024, undersigned counsel conferred with Ms. Marcella Powell Esq., counsel for defendant, whom consents to the relief requested in this motion.

Respectfully submitted,

**SANDLER, TRAVIS & ROSENBERG, P.A.**
*Attorneys for Plaintiff*
675 Third Avenue, Suite 1805-06
New York, New York 10017
Telephone: (212) 549-0137

By:   /s/ Jason M. Kenner
        JASON M. KENNER