UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____
                                    :
LUTRON ELECTRONICS CO., INC.,       :
                                    :
                Plaintiff,          :    Before: Richard K. Eaton, Judge
                                    :
        v.                          :    Court No. 22-00264
                                    :
UNITED STATES,                      :
                                    :
                Defendant.          :
_____:
```

**ORDER**

Upon consideration of Defendant's consent motion to amend the scheduling order, ECF No. 38, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the parties will comply with the following amended schedule:

1. All fact discovery shall be completed on or before, August 9, 2024;

2. Expert reports under USCIT Rule 26(a)(2), if any, shall be exchanged on or before October 2, 2024;

3. Expert rebuttal reports, if any, shall be exchanged on or before November 13, 2024;

4. Expert depositions, if any, to be completed on or before December 23, 2024;

5. Any motions regarding the sufficiency of discovery shall be filed no later than thirty (30) days after the close of discovery;

6. Dispositive motions, if any, shall be filed on or before February 5, 2025. A brief in response to a dispositive motion may include a dispositive cross-motion;

7. If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before February 19, 2025; and it is further

**ORDERED** that the court will establish dates for a pretrial conference and the commencement of a trial after the filing of a request for trial, if any.

                                                /s/ Richard K. Eaton
                                                           Judge

Dated:       April 8, 2024
               New York, New York