**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: KARA M. WESTERCAMP, JUDGE**

| | |
|---|---|
| LUTRON ELECTRONICS CO., INC.,<br>*Plaintiff*,<br>v.<br>UNITED STATES,<br>*Defendant*, | Court No. 22-00264 |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

Pursuant to Rule 7(c) of the United States Court of International Trade, Plaintiff Lutron Electronics Co., Inc., respectfully moves this Court to hold oral argument on Lutron's motion for summary judgment. Rule 7(c) provides that, "[o]n motion of a party, or on its own, the court may direct oral argument on a motion at a time and place designated as prescribed in Rule 77(c). A motion for oral argument on a motion must be filed no later than 21 days after service of the last permitted response or reply to the motion[.]" This motion is timely filed within 21 days of service of Lutron's reply, as required by Rule 7(c).

Lutron believes that oral argument would assist the Court in reaching a disposition in this tariff classification dispute, as it would allow the Court to obtain a fuller understanding of the issues involved and would provide the Court with an opportunity to question the parties about issues of particular significance to the Court. Additionally, oral argument would provide the Court an opportunity to view the subject merchandise's componentry and witness the subject merchandise's operation. The subject merchandise's highly technical nature, its software, and its intelligent, autonomous capabilities are best shown through in-person demonstration. *See Simod*

*Am. Corp. v. United States*, 872 F.2d 1572, 1578 (Fed. Cir. 1989) ("[T]he merchandise itself is often a potent witness in classification cases.").

On September 29, 2026, counsel for plaintiff consulted with counsel for defendant via e-mail regarding this motion. Defendant's position on plaintiff's motion is as follows:

> The Government defers to the Court regarding whether oral argument would be helpful in resolving the issues in this case, and respectfully requests that the parties be provided an opportunity to confer regarding proposed oral argument dates if the Court grants the motion for oral argument.

For the foregoing reasons, Lutron respectfully requests that the Court grant this motion and schedule oral argument at a time convenient for the Court and the parties.

Dated: September 30, 2026

Respectfully submitted,

/s/ Luke Mathers
Luke Mathers
**SANDLER, TRAVIS & ROSENBERG, P.A.**
286 Madison Avenue, Suite 1200
New York, New York 10017
(212) 549-0160
lmathers@strtrade.com
*Attorneys for Plaintiff*